# REGISTER OF ACTIONS
## CASE NO. D-504-CV-2022-00388

| | | |
|---|---|---|
| Juan Medina v. Kania, Inc., et. al. | § § § § § § § | Case Type: **Tort Auto**<br>Date Filed: **07/08/2022**<br>Location:<br>Judicial Officer: **Hudson, James M.** |

---

### PARTY INFORMATION

|  |  |  | Attorneys |
|---|---|---|---|
| **Defendant** | **Ibrahim, Mohamed**<br>1919 Fern Ave.<br>High Point, NC 27260-5521 | | |
| **Defendant** | **Kania, Inc.**<br>125 Fairfield Way<br>Ste. 105D<br>Bloomingdale, IL 60108 | | |
| **Defendant** | **MB Global Logistics, Inc.**<br>240 E. Lake St.<br>Ste. 307<br>Addison, IL 60101 | | |
| **Plaintiff** | **Medina, Juan** | Male | Stephen W. Stewart<br>*Retained*<br>512-326-3200(W)<br><br>S. Clark Harmonson<br>*Retained*<br>915-584-8777(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 07/08/2022 | **Cause Of Actions**<br>Action Type | Tort: Property Damage Auto (Plaintiff's Complaint for Damages and Personal Injury)<br>Action |
| 07/08/2022 | **OPN: COMPLAINT**<br>  *Plaintiff's Complaint for Damages and Personal Injury* | |
| 07/11/2022 | **JURY DEMAND 6 PERSON**<br>  *Plaintiff's Six Person Jury Demand* | |
| 07/11/2022 | **Summons**<br>  Kania, Inc.<br>  MB Global Logistics, Inc.<br>  Ibrahim, Mohamed | Unserved<br>Unserved<br>Unserved |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Medina, Juan<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 08/25/2022** | | | 282.00<br>282.00<br>**0.00** |
| 07/11/2022 | Transaction Assessment | | | 132.00 |
| 07/11/2022 | File & Serve Payment | Receipt # ROSD-2022-2959 | Medina, Juan | (132.00) |
| 07/11/2022 | Transaction Assessment | | | 150.00 |
| 07/11/2022 | File & Serve Payment | Receipt # ROSD-2022-2983 | Medina, Juan | (150.00) |

**Exhibit A**