IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN MEDINA,

      Plaintiff,

v.                                        No. 2:22-cv-00634-KWR-KRS

KANIA, INC., MB GLOBAL LOGISTICS,
INC., and MOHAMED IBRAHIM,

      Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, on the Stipulated Motion for Dismissal of Plaintiff's Complaint for Damages and Personal Injury, Doc. No. 1-3, filed by the parties to the above-captioned cause, and this Court having read the Motion and otherwise being fully advised in the premises,

**HEREBY FINDS THAT** the Motion is **WELL TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint for Damages and Personal Injury, Doc. No. 1-3, is hereby **DISMISSED WITH PREJUDICE**. Each party **SHALL BEAR** their own costs and fees.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**

**RESNICK & LOUIS, P.C.**

*/s/ Harriett J. Hickman*
Harriett J. Hickman, Esq.
5600 Eubank Blvd NE, Ste. 220
Albuquerque, NM 87111
Ph: (505) 494-7154
Fx: (505) 207-9064
hhickman@rlattorneys.com

*Attorneys for Defendants*

**APPROVED BY:**

**THE STEWART LAW FIRM, PLLC**

By: */s/ Stephen W. Stewart*
Stephen W. Stewart, Esq.
sws@thestewartlawfirm.net
2800 South IH-35, Suite 165
Austin, Texas 78704
Phone: (512) 326-3200
Fax: (512) 326-8228

**HARMONSON LAW FIRM, P.C.**

By: */s/ S. Clark Harmonson*
S. Clark Harmonson, Esq.
clark@clarkharmonsonattorney.com
5505 N. Mesa, Suite 3
El Paso, Texas 79912
Phone: (915) 584-8777
Fax: (915) 247-2027

*Attorneys for Plaintiff*